

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-20-00033-CR

Miguel Angel **MONTEZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 290th Judicial District Court, Bexar County, Texas
Trial Court No. 2019CR8548
Honorable Jennifer Pena, Judge Presiding

BEFORE JUSTICE CHAPA, JUSTICE RIOS, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, the judgment is AFFIRMED.

SIGNED September 29, 2021.

_____
Luz Elena D. Chapa, Justice